# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Chris Carawan, a Deputy U.S. Marshal (DUSM) with the United States Marshals Service (USMS), being duly sworn, depose and state:

1. I have been a DUSM with the USMS since February 2011. My duties as a DUSM include judicial security, prisoner transportation, fugitive investigations, and criminal investigations. I have received formal and on-the-job training regarding fugitive investigations and fugitive apprehension. I have participated in hundreds of fugitive investigations, some of which have involved escape and aiding and abetting, in violation of federal and state laws. Accordingly, I am familiar with tactics fugitives use to avoid being arrested and tactics other people use to intentionally prevent law enforcement officers from arresting fugitives. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. The information contained in this Affidavit is based on my personal participation in this investigation and from information provided to me by other law enforcement officers as well as investigative reports. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for the arrest of the defendant identified herein, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the requisite foundation for a probable cause finding.

3. On August 28, 2024, DONALD RAY CRAIG was sentenced in U.S. District Court for the Western District of North Carolina upon his conviction for revocation of supervised release. *See* 3:07-cr-00044-FDW-SCR. The Court sentenced CRAIG to the custody of the United States Bureau of Prisons (BOP), which is under the direction, supervision, and control of the Attorney General, for a term of twenty-one months' imprisonment.

4.      CRAIG was designated to serve a portion of his sentence at Dismas Charities, Inc., a community corrections facility located at 2318 Executive Street, Charlotte, NC, in the Western District of North Carolina.  On or about October 23, 2025, CRAIG was transferred from FCI Williamsburg, SC, and arrived at Dismas Charities, Inc., Charlotte, NC.  CRAIG was to be incarcerated at Dismas Charities Residential Re-Entry Center (RRC) until his release, which was scheduled for approximately February 19, 2026.

5.      On November 14, 2025, the BOP notified the USMS that CRAIG had escaped.  At approximately 6:17 PM, CRAIG walked out of Dismas Charities RRC without authorization.  Staff members saw CRAIG get on a bicycle and leave the facility.  The BOP was notified, and CRAIG was classified as an escaped federal offender at approximately 6:21 PM.  Law enforcement has not been able to find CRAIG at local hospitals or jails.  CRAIG did not have an emergency contact listed with the facility.  CRAIG failed to return to the RRC and was placed on escape status.  As of the writing of this Affidavit, CRAIG's whereabouts are unknown.

6.      Based on the above facts and circumstances in this Affidavit, there is probable cause to believe that DONALD RAY CRAIG did knowingly escape from custody at the Dismas Charities, Inc., in violation of Title 18, United States Code, Section 751(a).

Respectfully submitted,

Chris Carawan
Deputy United States Marshal
United States Marshals Service

*This Affidavit was reviewed by AUSA Daniel Cervantes.*
Sworn to and subscribed before me on November 25, 2025.

Honorable Susan C. Rodriguez
United States Magistrate Judge